# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE SHEARE and TREVOR R. SHEARE, | CIVIL ACTION NO. 3:11-CV-1639 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| BOROUGH OF OLYPHANT and OFFICER LEWIS KLINE, | |
| Defendants. | |

## ORDER

**NOW**, this 29th day of June, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 15) is **GRANTED in part and DENIED in part**.

(1) Defendants' Motion to Dismiss Count Two is **GRANTED** and the *Monell* claim is **DISMISSED with prejudice**.

(2) Defendants' Motion to Dismiss Count Three is **GRANTED** and the Abuse of Process claim is **DISMISSED with prejudice**.

(3) The Motion to Dismiss is otherwise **DENIED**. Plaintiffs may proceed on the 42 U.S.C. § 1983 False Arrest claim, the Intentional Infliction of Emotional Distress claim, and the Loss of Consortium claim.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge